```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION
```

```
ANTONIO D. DIXON,                    )
                                     )
          Plaintiff                  )
                                     )      No. 3:11-0784
v.                                   )      Judge Sharp/Brown
                                     )      Jury Demand
WEST NASHVILLE WRECKER SERVICE       )
and UNITED ROAD TOWING, INC.,        )
                                     )
          Defendants                 )
```

## O R D E R

A telephone conference was scheduled in this matter at 1:30 p.m., April 16, 2012. Once again, at the appointed hour, Mr. Dixon did not call in and a telephone call to his number reached only a voice mail.

Counsel for the Defendant advised that Mr. Dixon's deposition was set for a April 30, 2012, and that he had sent Mr. Dixon forms to secure a release of his medical records under HIPPA. Mr. Dixon should have those forms completed and available at the time his deposition is taken.

Within **14 days** of the entry of this order, Mr. Dixon will provide the Court with an explanation of why he has again failed to participate in a scheduled telephone conference. Mr. Dixon is specifically cautioned that failure to attend a scheduled telephone conference will, in all likelihood, result in a recommendation by the Magistrate Judge that his case be dismissed for failure to prosecute and failure to follow Court orders.

The **Clerk** will send a copy of this order to Mr. Dixon by regular and certified mail.

It is so **ORDERED**.

/S/ Joe B. Brown

JOE B. BROWN
United States Magistrate Judge

2